IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIOSTREAM, INC., | No. 10-CV-80272 MISC JSW |
| Plaintiff, | **ORDER OF REFERRAL** |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant | |

_____

MEDIOSTREAM, INC.,

    Plaintiff,

    v.

ACER AMERICA CORPORATION, et al.,

    Defendants.
_____/

Pursuant to Northern District Civil Local Rule 72-1, the Motion for a Protective Order filed by Ola Ajayi is HEREBY REFERRED to a randomly assigned Magistrate Judge for resolution. If the parties have not received an assignment within fourteen (14) days of the date of this Order, please contact this Court's Courtroom Deputy, Jennifer Ottolini, at 415-522-4173.

**IT IS SO ORDERED.**

Dated: November 9, 2010

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

cc: Susan Imbriani