UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| MEDIOSTREAM, INC.,<br><br>                Plaintiff,<br>   v.<br>MICROSOFT CORP.,<br><br>                Defendant.<br>_____/ | No. C 10-80272 MISC JSW (LB)<br><br>**NOTICE OF REFERRAL OF DISCOVERY MATTER** |

On November 9, 2010, Judge Jeffrey S. White referred non-party Ola Ajayi's Motion for Protective Order (ECF No. 1) to a magistrate judge for resolution. ECF No. 6. On November 12, 2010, the matter was assigned to Magistrate Judge Beeler. In the interim, on November 10, 2010, Defendant Microsoft Corporation filed a Notice indicating that the Federal Circuit has stayed all proceedings in the underlying lawsuit pending in the District Court for the Eastern District of Texas until the Federal Circuit rules on Microsoft's Petition for Writ of Mandamus. *See* ECF No. 7. As a result of the stay, this Court cannot take any action on the Motion for Protective Order at this time. Once the Federal Circuit lifts the stay, Microsoft shall file a notice with this Court of the Federal Circuit's decision.

**IT IS SO ORDERED.**

Dated: November 18, 2010

                                                            LAUREL BEELER
                                                            United States Magistrate Judge